UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

CR 17-28 JRT/HB

| UNITED STATES OF AMERICA, | ) | **INDICTMENT** |
|---|---|---|
| Plaintiff, | ) ) ) | 18 U.S.C. § 922(g)(1) |
| | ) | 18 U.S.C. § 924(a)(2) |
| v. | ) | 18 U.S.C. § 924(d)(1) |
| | ) | 18 U.S.C. § 2461(c) |
| JUSTUS RYDELL WRIGHT, | ) | |
| a/k/a Willie Rydell Wright, | ) ) | |
| Defendant. | ) | |

THE UNITED STATES GRAND JURY CHARGES THAT:

### COUNT 1
(Possession of a Firearm by a Prohibited Person)

On or about July 8, 2016, in the State and District of Minnesota, the defendant,

**JUSTUS RYDELL WRIGHT,**
a/k/a Willie Rydell Wright,

having been previously convicted of the following crimes, each of which is punishable by imprisonment for a term exceeding one year, namely:

| Offense | Place of Conviction | Date of Conviction (On or about) |
|---|---|---|
| Theft | Hennepin County | August 19, 2003 |
| Assault 5th Degree | Hennepin County | June 30, 2004 |
| Possession Pistol by Prohibited Person | Hennepin County | January 26, 2005 |
| Aiding & Abetting Assault 3rd Degree-Substantial Bodily Harm | Hennepin County | May 23, 2006 |
| Kidnapping-To Commit Great Bodily Harm/Terrorize | Anoka County | March 17, 2010 |
| Possession of machine gun / short-barreled shotgun | Hennepin County | November 5, 2014 |

SCANNED
FEB 07 2017
U.S. DISTRICT COURT ST. PAUL

United States v. Justus Rydell Wright

did knowingly possess in and affecting interstate and foreign commerce a firearm, namely, a Taurus model PT845 .45 caliber semi-automatic pistol, serial number NDP21957, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

### FORFEITURE ALLEGATIONS

Count 1 of this Indictment is hereby realleged and incorporated as if fully set forth herein by reference, for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Sections 924(d)(1), in conjunction with Title 28, United States Code, Section 2461(c).

As a result of the forgoing offense, the defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1), any firearm or ammunition involved in or used in any knowing violation of Sections 922(g) and 924(a) including a Taurus model PT845 .45 caliber semi-automatic pistol, serial number NDP21957 and ammunition and accessories seized therewith. All in violation of Title 18, United States Code, Sections 922(g)(1), 924(a)(2), and 924(d)(1) in conjunction with Title 28, United States Code, Section 2461(c).

A TRUE BILL

_____      _____
**UNITED STATES ATTORNEY**              **FOREPERSON**