The Honorable Judge John R. Tunheim
Chief U.S. District Judge, District of Minnesota
United States District Court
15 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Meranda Wright
533 Amber Lane
Buffalo, MN 55313

8-14-2017

Dear Judge Tunheim,

   I am writing this letter on behalf of the defendant, my husband Justus Wright.
Justus and I have been married for four years and have just had a new baby girl born in
November of 2016 and have three other daughters. Justus and I have known each other
since Elementary school. When choosing high schools, we went our separate ways. Later
on in life around late 2009 Justus and I reunited and became close friends. We would talk
all the time, share memories of our camping, Valley fair trips, talent shows and teen
pregnancy and S.T.D awareness class with our school. We also use to be involved in this
television program called Pc T.V for kids. In 2013, we got married and like no other
married couple we moved in together and started a family.

   I do understand the trouble that Justus is in and how serious it is. Justus and I have had
many conversations regarding his criminal history and how not only it affects him, but
also his family as well as his community and society. I've made some changes in my life
as well as our children's that will affect Justus's life for the better. We used to live in
North Minneapolis but since have moved and reside in Buffalo, MN.  I plan to make this
our home. I have many resources that can and will help Justus retain work. Justus was
working before his current incarceration and his employer knows of his troubles and is
willing to let him resume work when he's able to return home.

   Your Honor, I just want to point out to you that Justus is a great loving husband, father,
and friend as well as a person that has made some mistakes in his life in which he has
paid his debt to society for everything he has done. Justus is a smart young man and has
so much of his life to yet live, he has four daughters whom love and miss him dearly, one
whom has yet to even get to know her father. Justus attended college and would love to
return to school to further his education to be able to provide a better future for himself
and his family.

   Justus takes full responsibility for all the wrong doings he has made and understands
that there are consequences for every one of his actions. He understands that the mistakes
he has made are serious and now knows how important it is to remain law abiding and
that life is too short to keep making these mistakes.

Your Honor, I ask that you be empathetic to my husband's penalty. Please give us a chance at living a life together and raising our children as a family.

Being a single parent of four children is extremely hard. I honestly don't see how sending a person to prison is going to make them a better person. It has to be the person who wants to be a better person. Please I ask of you to give my husband a chance to prove that he can be a better person, not only for himself but for his family and his community.

Respectfully,

Meranda Wright

Honorable Magistrate Tunheim


Sir, Thank you for taking the time to read my letter. I wanted to tell you a little about myself how I was raised and who I have become, so you might know, better understand me as a person and not just a piece of paper.

My name is Justus Rydell Wright I am thirty two years old, I am married with four children whom are my world. I am no angle by any means I have made some very bad decisions in my life, that have culminated in me writing you today, I look back and regret so many thing that have happened through out my life.

I would like to start by saying I accept full responsibility for my actions and decisions that I have made, I hope by me telling the truth from the beginning of this matter that it might shed some light on rehabilitation.

Several years ago in 2013 a man broke in to my families house, where my children wife and I were, resulting in him losing his life. I continued to carry a firearm after this event we received so many threats by phone text and social media, my family and I had to seek professional help. This is by no means a justification of my actions, furthermore I am so remorseful of my incarceration. I can't begin to express it.

After this event I moved out of the cities to get myself and my family away from this life, working a steady job, and doing my best to get away from my old life.

I would humbly ask the court for you help and guidance, for your understanding as a human, for your empathy.

I hope the court might find, the resources so I may attend treatment (drug rehab) and any other programs, that you might see fit, so I may become apart of my children life's again.

I was raised a christen  things happen for a reason, I also believe that I can have faith in the lord to guide me down a good path. A path that my family and I can be proud of. I know in my heart I can be a good husband and a good father.

I have an amazing wife, great in-laws whom have been amazingly supportive, throughout this trying time they will continue to advocate and support me.

As soon as I am able after what ever time and my actions have caused me to spend behind bars, I wish to go find a steady job take care of my family and continue to go to church raising my children right, and law abiding.


I humbly not only accept the responsibility of what my actions have caused I am sincerely sorry for some many things; having this matter before the court, the impact it has caused to my community, to the people that have been hurt by me. I hope I was able to place some understanding about my self with in these words, so you may see me as myself and not another peace of paper.


Respectfully submitted,

Justus R. Wright